No. —. EX PARTE KENNETH SUTTON. February 5, 1945. The motion for leave to file petition for writ of habeas corpus is denied.

No. —. WILSON *v.* HINMAN ET AL. February 5, 1945. Application denied.

.No. 832. JOHNSON *v.* MISSISSIPPI STATE BOARD OF HEALTH. February 12, 1945. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Hurwitz* v. *North*, 271 U. S. 40, 42. *Mr. Forrest Butler Jackson* for appellant.

No. 850. JACK COLE CO., INC. *v.* UNITED STATES ET AL. February 12, 1945. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. (1) *United States* v. *Carolina Carriers Corp.*, 315 U. S. 475, 480–82; *Howard Hall Co.* v. *United States*, 315 U. S. 495, 498–99; (2) *United States* v. *Pan American Corp.*, 304 U. S. 156, 158. *Mr. Francis H. Hare* for appellant. *Solicitor General Fahy* and *Mr. Daniel W. Knowlton* for appellees.

No. —. EX PARTE JAMES MARTINE;
No. —. EX PARTE LEROY BAKER; and
No. —. EX PARTE TOM STEPHENSON. February 12, 1945. The motions for leave to file petitions for writs of habeas corpus are denied.